[No. 13318-7-I.   Division One.   December 12, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH WAYNE HOVLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00678-1, Paul D. Hansen, J., entered May 12, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Callow and Corbett, JJ.

[No. 12096-4-I.   Division One.   December 12, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRIN ANTHONY EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-00923-3, Frank J. Eberharter, J., entered July 15, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Callow, J.

[No. 10086-6-I.   Division One.   December 12, 1983.]

*In the Matter of the Marriage of* MINA GRACE DUDLEY, *Respondent, and* HARRY WILLIAM DUDLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D-33774, Gerard M. Shellan, J., entered February 27, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Ringold and Scholfield, JJ.